## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ANTHONY VONE CAIBY,

                Petitioner

           v.

MONROE COUNTY DISTRICT
ATTORNEY'S OFFICE,

                Respondent

:   No. 153 MM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of February, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.